## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       EXPRESS GRAIN TERMINALS, LLC              CASE NO. 21-11832-SDM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned requests that the name shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for Southern AgCredit, ACA ("Southern Ag"):

> Jeffrey M. Williams, Esquire
> Southern AgCredit, ACA
> 402 West Parkway Place
> Ridgeland, MS 39157

Request is further made pursuant to the Federal Rules of Bankruptcy Procedure that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure.

Please take further notice that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph telex, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

  This Request for Notices shall not be deemed or construed to be a waiver of Southern Ag's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Southern Ag may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Southern Ag expressly reserves.

  THIS, the 30th day of September, 2021.

        Respectfully submitted,

        SOUTHERN AGCREDIT, ACA

        /s/ Jeffrey M. Williams
        JEFFREY M. WILLIAMS (MSB #100410)


OF COUNSEL:

JEFFREY M. WILLIAMS (MBN 100410)
Southern AgCredit, ACA
402 West Parkway Place
Ridgeland, Mississippi 39157
Telephone: (601) 499-2859
Facsimile: (601) 510-9101
jeff.williams@southernagcredit.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Entry of Appearance and Request for Notices** was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

**Craig M. Geno**
**Law Offices of Craig M. Geno, PLLC**
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: 601-427-0048

**U.S. Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201
Telephone: 601 965-5241

DATED, this the 30th day of September, 2021.

/s/ Jeffrey M. Williams
JEFFREY M. WILLIAMS (MSB #100410)