# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: ) ) ) | Case No. 21-11832-SDM |
| EXPRESS GRAIN TERMINALS, LLC, ) ) ) | Chapter 11 |
| Debtor. ) ) | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010, the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through its undersigned member, hereby gives notice of its appearance in the above captioned Chapter 11 case on behalf of UMB Bank, N.A. ("UMB"), and does hereby request that all notices required to be given to UMB in this case be forwarded to the following:

R. Spencer Clift, III (MSB #100208)
Attorney for UMB Bank, N.A.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2216
Email: sclift@bakerdonelson.com

PLEASE ALSO TAKE NOTICE that UMB hereby further requests that the Clerk of the Court place the undersigned on the Master Service List for this case, and that all notices given or required to be given in this case, and all papers served, or required to be served in this case, pursuant to Fed. R. Bankr. P. 2002, be given to and served upon the undersigned at the above referenced address.

The foregoing request includes not only notices and papers referred to in the above specified Rules and other applicable provisions, but also includes, without limitation, any notice, application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, and however transmitted or filed (whether by mail, facsimile, telephone, or other means), and which otherwise affects, or seeks to affect in any way, any right or interest of the Debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

Date: October 2, 2021.

                        Respectfully Submitted,

                        BAKER, DONELSON, BEARMAN,
                        CALDWELL & BERKOWITZ, P.C.

                        /s/ *R. Spencer Clift, III*
                        R. Spencer Clift, III (MSB #100208)
                        165 Madison Avenue, Suite 2000
                        Memphis, Tennessee 38103
                        Tel:   (901) 577-2216
                        Fax:   (901) 577-0834
                        Email: sclift@bakerdonelson.com

                        ***Attorneys for UMB Bank, N.A.***

SEL01 4845-5945-5722
2956095-000001

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of October, 2021, a copy of the foregoing was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| Express Grain Terminals, LLC<br>2015 River Road Extd.<br>Greenwood, MS 38930 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 |
| Internal Revenue Service<br>Attn: Special Processing Staff<br>100 West Capitol Street<br>Room 504<br>Jackson MS 39269 | Southern AgCredit, ACA<br>c/o Jeffrey M. Williams<br>Hubbard, Mitchell, Williams & Strain, PLC<br>Post Office Box 13309<br>Jackson, MS 39236 |
| U.S. Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201 | |

    /s/ *R. Spencer Clift, III*