UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  EXPRESS GRAIN TERMINALS, LLC      CASE NO. 21-11832-SDM
       Debtor      CHAPTER 11

## ENTRY OF APPEARANCE ON BEHALF OF BANKPLUS

Thomas R. Hudson, Executive Vice President and General Counsel for BankPlus, hereby enters his appearance on behalf of BankPlus as an interested party with regard to the above referenced bankruptcy case. Pursuant to *Federal Rules of Bankruptcy Procedure 2002, 7005 and 9007*, the undersigned requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at his office address, e-mail address and telephone number set forth below.

Dated this __4th__ day of October, 2021.

    Respectfully submitted,

    BankPlus

    By: _/s/ Thomas R. Hudson_
    Thomas R. Hudson, Its Attorney

Thomas R. Hudson (MSB #2846)
Attorney for BankPlus
400 Concourse, Suite 100
1068 Highland Colony Parkway
Ridgeland, MS  39157
Telephone:  (601) 898-4840
Facsimile:  (601) 510-9067
E-mail:     TomHudson@BankPlus.net

{00143091.DOCX v.1 }

## CERTIFICATE OF SERVICE

I, the undersigned Thomas R. Hudson, do hereby certify that I have this day filed on behalf of BankPlus as an interested party the following document, Entry of Appearance on behalf of BankPlus, of which a true and correct copy thereof is affixed, by electronic filing, and served via electronic mail upon the following:

Craig M. Geno
Attorney for Debtor
cmgeno@cmgenolaw.com

United States Trustee
USTPRegion05.AB.ECF@usdoj.gov

Dated this __4th__ day of October, 2021.

_Thomas R. Hudson_
Thomas R. Hudson

Thomas R. Hudson (MSB #2846)
Attorney for BankPlus
400 Concourse, Suite 100
1068 Highland Colony Parkway
Ridgeland, MS  39157
Telephone:  (601) 898-4840
Facsimile:  (601) 510-9067
E-mail:     TomHudson@BankPlus.net