# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:        EXPRESS GRAIN TERMINALS, LLC        CASE NO. 21-11832-SDM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the firm of Mitchell, McNutt & Sams, P.A., 1216 Van Buren, Post Office Box 947, Oxford, Mississippi 38655-0947, represents the interests of Bradley R. Hausner Farm as counsel relative to a certain claim in the above-referenced matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for Bradley R. Hausner Farm:

D. Andrew Phillips, Esquire
Mitchell, McNutt & Sams, P.A.
Post Office Box 947
Oxford, MS  38655-0947

Request is further made pursuant to the Federal Rules of Bankruptcy Procedure that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure.

Please take further notice that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph telex, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

585029

This Request for Notices shall not be deemed or construed to be a waiver of Bradley R. Hausner Farm's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which Bradley R. Hausner Farm may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Bradley R. Hausner Farm expressly reserves.

THIS, the 5th day of October, 2021.

Respectfully submitted,

BRADLEY R. HAUSNER FARM

/s/ D. Andrew Phillips
D. ANDREW PHILLIPS (MSB #8509)
MITCHELL, McNUTT & SAMS, P.A.
P.O. Box 947
Oxford, MS  38655-0947
(662) 234-4845
aphillips@mitchellmcnutt.com

585029

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2021, a copy of the foregoing **Entry of Appearance and Request for Notices** was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Craig M. Geno, Esquire
cmgeno@cmgenolaw.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

DATED, this the 5th day of October, 2021.

/s/ D. Andrew Phillips
D. Andrew Phillips

585029