# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** ) <br> ) <br> **Express Grain Terminals, LLC,** ) <br> **(Jointly Administered)** ) <br> ) <br> **Debtor(s)** ) <br> ) | Case No. 21-11832-SDM <br> Chapter 11 |

## RESPONSE TO UMB BANK, N.A.'S INVOICE OF FEES AND COSTS

COMES NOW John W. "Don" Barrett and hereby files his response to UMB Bank, N.A.'s Invoice of Fees and Costs [Dkt. No. 2655] pursuant to this Court's oral bench ruling on the Motion to Enforce Protective Order and for an Order to Show Cause [Dkt No. 2579] issued on Friday, March 25, 2022.

The undersigned counsel Don Barrett does not contest the reasonableness of the fees incurred by UMB Bank, N.A. as described in the Invoice of Fees and Costs and Exhibit A attached thereto. [Dkt. Nos. 2655, 2655-1]. Don Barrett agrees to pay the full invoiced amount upon receipt of the Court's forthcoming order.

Dated: April 4, 2022.	By:	/s/ *Don Barrett*
John W. ("Don") Barrett (MSB #2063)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
donbarrettpa@gmail.com

## CERTIFICATE OF SERVICE

I, Don Barrett, do hereby certify that a copy of the foregoing was filed electronically through the Court's CM/ECF system and served electronically on all parties listed to receive service of electronic notice.

Dated: April 4, 2022.

/s/ *Don Barrett*
John W. ("Don") Barrett
